IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11-3226-CV-SW-RED |
| | ) | |
| IN YOUR EAR, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

A review of the docket sheet reveals that on August 2, 2012, the Court issued a Notice of Pretrial Procedures (Doc. 29) directing the parties to file a proposed scheduling order by September 5, 2012. As of this date, the parties have not filed a proposed scheduling order.

IT IS ORDERED that the parties file a proposed scheduling order pursuant to Local Rule 16(d) within 10 days of the date of this order. If the parties do not comply, a scheduling order will be issued by the Court.

**IT IS SO ORDERED.**

DATE:	September 26, 2012	_/s/ Richard E. Dorr_
	RICHARD E. DORR, JUDGE
	UNITED STATES DISTRICT COURT